UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>   v.<br><br>VILA CONSTRUCTION COMPANY, et al.,<br><br>                Defendants. | Case No. 19-cv-07306-PJH   (KAW)<br><br>**ORDER GRANTING MOTIONS FOR JUDGMENT DEBTOR EXAMS**<br><br>Re: Dkt. Nos. 97-99 |

On June 14, 2021, judgment was entered in favor of Plaintiff Liberty Mutual Insurance Company and against Defendants in the amount of $45,045,954.92 pursuant to the parties' stipulation. (Dkt. No. 94.) On December 7, 2021, Plaintiff filed three motions for judgment debtor exams as to Defendants Richard H. Vila, Maria Elena Vila, and Vila Leasing. (Dkt. Nos. 97-99.) The motions were then referred to the undersigned. (Dkt. No. 100.)

As of the date of this order, Defendants have not filed an opposition. Accordingly, the Court GRANTS Plaintiff's motions, and ORDERS Defendants to appear for a judgment debtor exam on **February 3, 2022** at **1:30 p.m.** by Zoom. Defendants shall appear and furnish information to aid in enforcement of the money judgment issued in this case. The parties are advised that they are responsible for hiring a court reporter for the proceeding, and the district court will not assist them in procuring one.

///

///

///

///

1  Plaintiffs are ordered to serve this order on Defendants, and to file a proof of service within
2  seven days of the date of this order.
3  IT IS SO ORDERED.
4  Dated: January 12, 2022

KANDIS A. WESTMORE
United States Magistrate Judge