# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL JUDGMENT DEBTOR'S EXAMINATION MINUTE ORDER

| **Date:** 2/3/2022 | **Time:** 1:32pm – 1:37pm | **Judge:** KANDIS A. WESTMORE |
|---|---|---|
| **Case No.:** 19-cv-07306-PJH (KAW) | **Case Name:** Liberty Mutual Insurance Company v. Vila Construction Company | |

**For Plaintiff:**
Ivo Daniele, Lyndon Chee and James Curran

**For Defendant:**
Geoffrey Steele for and with Richard Vila, Maria Vila, and Robert Vila

**Deputy Clerk:** William F. Tabunut          **Court Reporter:** Toni Fenimore

## PROCEEDINGS

Judgement debtor examination held via zoom.

1. Judgment Debtor Examinations of Judgment Debtors Richard Vila, Maria Vila, and Robert Vila held. Further examination of Judgment Debtors to be held at an agreed upon date by the parties. Parties to submit stipulation and proposed order for further setting.