1  James D. Curran, Esq. (SBN 126586)
   Wolkin · Curran, LLP
2  111 Maiden Lane, 6th Floor
   San Francisco, California, 94108
3  Telephone:    (415) 982-9390
   E-mail:       jcurran@wolkincurran.com
4
   Attorneys for Plaintiff
5  LIBERTY MUTUAL INSURANCE COMPANY

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | LIBERTY MUTUAL INSURANCE | Case No. 4:19-cv-07306-PJH (KAW)
   | COMPANY, a Massachusetts corporation, |
12 | |
   | Plaintiff, | **STIPULATION TO VACATE**
13 | | **DEBTORS' EXAMINATION SET FOR**
   | v. | **AUGUST 18, 2022; AND [PROPOSED]**
14 | | **ORDER THEREON**
   | VILA CONSTRUCTION COMPANY, a |
15 | California corporation; RICHARD H. VILA, |
   | an individual; MARIA ELENA VILA, an | Date:  August 18, 2022
16 | individual; THE RMV FAMILY TRUST | Time:  1:30 p.m.
   | Dated September 19, 2013; RICHARD H. | Judge: Honorable Kandis A. Westmore
17 | VILA, as Trustee for The RMV Family Trust |
   | Dated September 19, 2013; MARIA ELENA |
18 | VILA, as Trustee for The RMV Family Trust |
   | Dated September 19, 2013; VILA |
19 | LEASING, a California partnership; |
   | ROBERT P. VILA, an individual; JOSEPH |
20 | H. VILA, an individual; THE ELAINE J. |
   | OLSON TRUST Dated December 20, 1989; |
21 | THE GEORGE JAMES VILA TRUST |
   | Dated August 17, 2015; and CHEROLYNN |
22 | R. VILA, an individual, |

23              Defendants.

24

25

26      By and through their respective attorneys of record, Plaintiff LIBERTY MUTUAL

27 INSURANCE COMPANY ("Plaintiff") on the one hand, and Defendants VILA

28 CONSTRUCTION COMPANY; RICHARD H. VILA; MARIA ELENA VILA; THE RMV

                                    1.

FAMILY TRUST Dated September 19, 2013; RICHARD H. VILA as Trustee for The RMV Family Trust Dated September 19, 2013; MARIA ELENA VILA as Trustee for The RMV Family Trust Dated September 19, 2013; VILA LEASING; ROBERT P. VILA; JOSEPH H. VILA; THE ELAINE J. OLSON TRUST Dated December 20, 1989; THE GEORGE JAMES VILA TRUST Dated August 17, 2015; and CHEROLYNN R. VILA (collectively, "Defendants") on the other hand, hereby agree, stipulate and jointly request as follows:

On June 14, 2021, Judgment was entered in favor of Liberty and against all Defendants. (ECF 94).

On February 3, 2022, Liberty and Debtors RICHARD H. VILA, MARIA ELENA VILA, and VILA LEASING participated Debtors' Examinations. At that time, it was agreed that more time for questioning was needed.

On March 24, 2022, the Court granted the Parties' *Stipulation for Continued Debtors' Examinations* and set the continued Debtors' Examinations for May 19, 2022.

On May 17, 2022, the Court granted the Parties' *Stipulation for Continued Debtors' Examinations* and set the continued Debtors' Examinations for August 18, 2022.

Since the last continuance, the Parties made significant progress with settlement discussions to the point that the scheduled Debtors' Examinations are no longer necessary. The progress includes, but is not limited to, a written Settlement Agreement executed by the Parties and a settlement payment from Defendants to Liberty.

Based on the foregoing, the Parties mutually agree to vacate the Debtors' Examinations of RICHARD H. VILA, MARIA ELENA VILA, and VILA LEASING, currently set for Thursday, August 18, 2022, at 1:30 p.m.

**SO STIPULATED AND AGREED.**

Dated: July 20, 2022            WOLKIN • CURRAN, LLP

                                          /s/   *James D. Curran*
                                        James D. Curran, Esq.
                                        Attorneys for Plaintiff
                                        LIBERTY MUTUAL INSURANCE COMPANY

///

///

Dated: July 20, 2022					STEELE LAW GROUP

					/s/   *Geoffrey Wm. Steele*
					Geoffrey Wm. Steele, Esq.
					Attorneys for Defendants
					VILA CONSTRUCTION COMPANY; RICHARD H. VILA, an individual; MARIA ELENA VILA, an individual; THE RMV FAMILY TRUST Dated September 19, 2013; RICHARD H. VILA, as Trustee for The RMV Family Trust Dated September 19, 2013; MARIA ELENA VILA, as Trustee for The RMV Family Trust Dated September 19, 2013; and VILA LEASING; ROBERT P. VILA, an individual; JOSEPH H. VILA, an individual; THE ELAINE J. OLSON TRUST Dated December 20, 1989; THE GEORGE JAMES VILA TRUST Dated August 17, 2015; and CHEROLYNN R. VILA, an individual

## **ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))**

I attest under penalty of perjury under the laws of the United States of America that, in accordance with Local Rule 5-1(i)(3) of the United States District Court, Northern District of California, I have obtained the concurrence of counsel for Defendants, Geoffrey Wm. Steele, in the filing of this document.

Dated: July 20, 2022					WOLKIN • CURRAN, LLP

					/s/   *James D. Curran*
					James D. Curran, Esq.
					Attorneys for Plaintiff
					LIBERTY MUTUAL INSURANCE COMPANY

**[PROPOSED] ORDER**

The Court, having reviewed the above *Stipulation to Vacate the August 18, 2022, Debtors' Examinations*, and good cause appearing therefore, orders as follows:

The Debtors' Examinations of Debtors RICHARD H. VILA, MARIA ELENA VILA, and VILA LEASING currently scheduled for Thursday, August 18, 2022, at 1:30 p.m. are hereby vacated.

**IT IS SO ORDERED.**

Date: _____

_____
Hon. Kandis A. Westmore